## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREG GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| CBI/EQUIFAX CREDIT REPORTING AGENCY, | ) |
| | ) |
| Petitioner/Defendant. | ) |

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(a)**

Pursuant to 28 U.S.C. §1446(a), Petitioner/Defendant Equifax Information Services LLC, ("Equifax"), incorrectly named in the above-styled action as "CBI/Equifax Credit Reporting Agency," respectfully submits this notice of removal of this action from the Justice of the Peace Court No. 9 in and for New Castle County, Delaware (the "State Court"), in which this action is currently pending, to the United States District Court for the District of Delaware. In support of this notice of removal, Equifax hereby states the following:

1.  Equifax is the defendant in the matter entitled <u>Greg Gunther v. CBI/Equifax Credit Reporting Agency</u>, Civil Action No. J0603002709, filed in the State Court.

2.  Plaintiff Greg Gunther ("Plaintiff"), appearing *pro se*, filed his complaint (the "Complaint") on or about March 9, 2006. Equifax received service of the Complaint on or about April 14, 2006 via certified mail. A true and correct copy of the Complaint is attached hereto as Exhibit A.

9144343.1

-2-

3. The Complaint represents all process and pleadings received by Equifax, and to the knowledge of Equifax, no hearings or other proceedings have taken place in this action.

4. Plaintiff claims that Equifax "at this time is reporting false information on [his] credit file," and that on "numerous occasions [Plaintiff] contacted [Equifax] with the dispute[d] information in an attempt to remove the information from [his] credit file." See Compl. ¶ 1. Plaintiff further claims that "Equifax for no just reason refused to remove the information." Id. Plaintiff seeks to recover $14,000.00 in damages and attorney's fees (despite the fact that Plaintiff filed suit *pro se*), allegedly resulting from Plaintiff's inability to obtain a loan because of his credit file. Compl. ¶¶ 1, 2.

5. The Fair Credit Reporting Act ("FCRA") expressly governs the reporting of information in consumers' credit files and particularly regulates the procedures employed by a consumer reporting agency to investigate disputed credit information appearing on a consumer's credit report. See, e.g., 15 U.S.C. §§ 1681e(b), 1681i, 1681n, 1681o. Plaintiff's claims can only arise under, and are otherwise governed by, the FCRA, specifically 15 U.S.C. §§ 1681e(b) and 1681n. Accordingly, this Court has original subject matter jurisdiction over the above-captioned action, without regard to the amount in controversy. Lockard v. Equifax, Inc., 163 F.3d 1259, 1263-1265 (11th Cir. 1998).

6. Pursuant to 28 U.S.C. §1446(b), this action may be removed to this Court. This Notice is filed with the Court within thirty (30) days after Equifax received service of the Complaint.

9144343.1

-3-

7. Pursuant to 28 U.S.C. §1446(d), Equifax has provided written notice of the filing of this removal paper to Plaintiff and to the clerk of the State Court.

WHEREFORE, Equifax respectfully requests that this action be removed from the Justice of the Peace Court No. 9 in and for New Castle County, Delaware to the United States District Court for the District of Delaware.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (I.D. #2385)
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
(302) 652-8405
Attorneys for Defendant Equifax
Information Services, LLC

April 28, 2006

Of Counsel:

Stanley A. Seymour, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Ste. 2800
Atlanta, GA 30309-4530
(404) 815-6500

**NOTICE OF REMOVAL**

**EXHIBIT A**

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR    COUNTY
COURT NO. 09

COURT ADDRESS:                          CIVIL ACTION NO. J0603002709
JP COURT 09
757 NORTH BROAD STREET                         RECEIVED
MIDDLETOWN, DE 19709
                                APR 1 7 2006
                                                MAR 09 2006
GREG GUNTHER                                       1100
       ----- VS -----                           Secretary of State
CBI/EQUIFAX CREDIT REPORTING ,  - AGENCY


CBI/EQUIFAX CREDIT REPORTING
P.O. BOX 740256
ATLANTA , GA 30374-0256

                         SUMMONS
TO ANY CONSTABLE OF SAID COUNTY OR OTHER DULY APPOINTED
PROCESS SERVER:
    WE COMMAND YOU TO SUMMON CBI/EQUIFAX CREDIT REPORTING,
THE DEFENDANT(S) TO ANSWER PLAINTIFF'S CLAIMS AGAINST THE
DEFENDENT(S) AS STATED IN THE ATTACHED COMPLAINT, AND SERVE UPON
SAID DEFENDANT(S) A COPY OF THIS SUMMONS AND COMPLAINT.
TO THE DEFENDANT(S):
    WITHIN 15 DAYS AFTER YOU RECEIVE THIS SUMMONS, EXCLUDING THE
DAY YOU RECEIVE IT, YOU MUST COMPLETE AND RETURN TO THE ABOVE NAMED
JUSTICE OF THE PEACE COURT, THE ENCLOSED ANSWER (OR OTHER SUCH
FILING) IF YOU DENY OWING ALL OR PART OF THE MONEY CLAIMED AS A DEBT
AGAINST YOU BY THE PLAINTIFF IN THE COMPLAINT.
    FAILURE TO FILE AN ANSWER, OR OTHER WRITTEN DOCUMENT RELATED TO
THIS CLAIM, WITH THE JUSTICE OF THE PEACE COURT MAY RESULT IN A
DEFAULT JUDGMENT BEING ENTERED AGAINST YOU AND ACTION MAY BE TAKEN
BY THE PLAINTIFF, SUCH AS THE ATTACHMENT OF YOUR WAGES OR THE
ATTACHMENT AND SALE OF YOUR PROPERTY, TO SATISFY THE JUDGMENT.
    IN REPLEVIN ACTION:  YOU ARE HEREBY ORDERED NOT TO
INTENTIONALLY DESTROY, DAMAGE, SELL OR CONCEAL THE PROPERTY IN
QUESTION.  A VIOLATION OF THE ORDER COULD RESULT IN A CIVIL CONTEMPT
JUDGMENT BEING ISSUED AGAINST YOU, IN ACCORDANCE WITH 10 DEL.C. 9506
    WAIVER OF JURY TRIAL:  YOU ARE WAIVING TRIAL BY JURY.
    IT IS SO ORDERED THIS 03/08/2006

                    _____(SEAL)
                    JUSTICE OF THE PEACE/COURT OFFICIAL


CONSTABLE NOTES: _See of Star_____
SERVED ON: __9 Mar 06   11cv_____ (DATE & TIME)
CONSTABLE: _Sprull_____


J.P. CIVIL FORM NO. 3 (06/15/00)

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR  New Castle  COUNTY
COURT NO. 9

COURT ADDRESS: 757 North Broad Street
Middletown DE 19709

CIVIL ACTION NO. J0n0302709

| PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|
| 1) Name Greg Gunther | | 1) Name CBI / Equifax Credit reporting Agency |
| Address 5602 Rosetree lane | | Address P.O Box 740256 |
| Newark D 19762 | | Atlanta Ga 30374 0256 |
| Phone (302) 365-1525  (302) 373-5029 | | Phone 1-800-405-0081 |
| 2) Name | | 2) Name |
| Address | | Address |
| Phone | | Phone |

Plaintiff's Attorney, if any: NA

Check One ☐ Individual ☐ Corporation or other
Artificial entity (see Supreme Court Rule 57)

Type of Service: Court Service ☑
(Check One)   Special Process Server ☐

Defendant's Attorney, if any:

Check One ☐ Individual ☑ Corporation or other
Artificial entity (see Supreme Court Rule 57)

Rental Unit Address:

Type of Action:   Debt ☑   Trespass ☐   Replevin ☐   Summary Possession ☐
                  Breach of Contract ☐                (Landlord/Tenant)
Deficiency Judgment 6 Del. C. § 9-601 ☐

## COMPLAINT

1. Concise Statement of Facts: (Who, What, When, Where, How?)
The credit Bureau at this time is reporting false information on my screen file. I have on numerous occasions contacted this reporting agency with the side information I have acquired in order to help me Mediate from my Equifax for my just case will lead to remove the information which is untrue. I am my credit worthyness regarding things which result in my losing out on a lot of plans not to my favor.

IN TRESPASS ACTIONS: The injury caused by the trespass must be described by Plaintiff in the statement of facts:

2. Relief Sought:
$ 14,000.00  Amount of money claimed. (Not including interest)
$ _____   Pre Judgment Interest at or _____ % legal rate _____ % contractual rate
$ _____   Post Judgment Interest at the legal rate   OR contractual rate of _____ %
$ 32.00    Court Costs.
$ _____   Other Pre litigation fees
☐ Possession         Jury Trial Demanded (Possession Only):   ☐ Yes   ☐ No
☐ Return of personal property  or  $ _____ Total value (Attach list of property stating description, number and value of items on 8 1/2" x 11" paper

TO: THE COURT OF THE JUSTICES OF THE PEACE
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process. I acknowledge, that unless a jury trial is demanded for summary possession (Landlord Tenant cases), I waive trial by jury of the claims in this complaint.

Feb 21 2006                              _____
Date                                     Plaintiff or Plaintiff's Attorney

J.P. Civ. Form No. 1 (Rev. 2/6/04)                     Doc. No. 02-13-95-05-01

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR    COUNTY
COURT NO. 09

COURT ADDRESS:                    CIVIL ACTION NO. J0603002709
JP COURT 09
757 NORTH BROAD STREET
MIDDLETOWN, DE 19709

GREG GUNTHER
        ----- VS -----
CBI/EQUIFAX CREDIT REPORTING ,   - AGENCY

DEFENDANT'S ANSWER TO THE COMPLAINT

CHECK ALL THAT ARE APPROPRIATE:
A. ____ I admit that I owe the debt or claim in the complaint and DO NOT WANT A TRIAL. This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the plaintiff. YOU WILL BE GIVING UP YOUR RIGHT TO A TRIAL AND WILL NOT HAVE A RIGHT TO APPEAL YOUR DECISION TO ADMIT THIS DEBT OR CLAIM.

B. ____ I WANT A TRIAL.

____ DEBT ACTIONS ONLY: In addition to a trial, I request that the plaintiff provide me with a more detailed statement of claim (Bill of Particulars).

DATED: _____        _____
                                  DEFENDANT SIGNATURE

_____                _____
DEFENDANT ATTORNEY, IF ANY        DEFENDANT ADDRESS

_____                _____
ATTORNEY ADDRESS                  DEFENDANT CITY, STATE, ZIP

_____                _____
ATTORNEY CITY, STATE, ZIP         DEFENDANT WORK/HOME PHONE

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

IF YOU ARE A CORPORATION OR OTHER ARTIFICIAL ENTITY OR PUBLIC BODY:
1. This Answer Must be signed by an attorney or person designtated by a Certificate of Representation (Form 50) prior to filing this answer
2. Only an attorney or person designated on a Form 50 may represent you in JP Court. 3. YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50). Or you may obtain a Form 50 from your nearest JP CIVIL COURT.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April 2006, two true and correct copies of the foregoing NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(a) were sent to the following by first class mail:

>Greg Gunther
>5002 Rosetree Lane
>Newark, DE 19702

_____
Laurence V. Cronin (ID No. 2385)

{10013705.DOC}
9144343.1

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GREG GUNTHER

## DEFENDANTS
EQUIFAX INFORMATION SERVICES LLC

**(b)** County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) **pro se**
5002 Rosetree Lane
Newark, DE 19702  302-369-1925

Attorneys (If Known): Laurence V. Cronin
Smith, Katzenstein & Furlow LLP, P.O. Box 410
Wilmington, DE 19899  302-652-8400

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1446(a)

Brief description of cause:
Plaintiff claims defendant has reported false information in credit file.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE: 4/28/06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____