# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREG GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| CBI/EQUIFAX CREDIT REPORTING AGENCY, | ) |
| | ) |
| Petitioner/Defendant. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Equifax Information Services LLC, ("Equifax"), incorrectly named in the above-styled action as "CBI/Equifax Credit Reporting Agency," respectfully submits its answer and affirmative defenses to the complaint filed by Plaintiff Greg Gunther ("Plaintiff") as follows:

1. Equifax denies every allegation in paragraph 1.

2. Equifax denies that Plaintiff is entitled to recovery of any money damages against Equifax and otherwise denies paragraph 2.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were not proximately caused by any act or omission by Equifax.

-2-

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, are unduly speculative.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to take reasonable steps to mitigate his claimed damages.

WHEREFORE, Equifax prays for the following relief against Plaintiff:

a. That the Court dismiss the Complaint on the merits with prejudice;

b. That Plaintiff have and recover nothing from Equifax;

c. That the Court award Equifax its attorney's fees, expenses of litigation, and court costs; and

d. That the Court award such other relief as is just and proper.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Laurence V. Cronin (I.D. #2385)
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Attorneys for Defendant Equifax
Information Services, LLC

April 28, 2006

Of Counsel:
Stanley A. Seymour, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Ste. 2800
Atlanta, GA 30309-4530
(404) 815-6500

9144366.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2006, two copies of the foregoing ANSWER AND AFFIRMATIVE DEFENSES were sent to the following by first class mail:

Greg Gunther
5002 Rosetree Lane
Newark, DE 19702

_____
Laurence V. Cronin (ID No. 2385)

{10013704.DOC}
9144366.1