## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

May 23, 2006

Mr. Greg Gunther
5002 Rosetree Lane
Newark, DE 19702

Laurence C. Cronin, Esquire
Smith, Katzenstein & Furlow
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

    Re:  Greg Gunther v. Equifax Information Services
      LLC; Civ. No. 06-280-SLR

Dear Mr. Gunther and Mr. Cronin:

  Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.2.  On or before **June 23, 2006,** please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why.  Unless further ordered by the court, a scheduling conference will not be necessary.

      Cordially,

      *Sue L. Robinson*

      SUE L. ROBINSON

SLR/rd

Enclosure

cc:  Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREG GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-280-SLR |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this       day of June, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **July 24, 2006**.

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **October 23, 2006**.

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **November 22, 2006**. Answering briefs and affidavits, if any, shall be filed on or before **December 6, 2006**. Reply briefs shall be filed on or before **December 13, 2006**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge