

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

June 23, 2006

*VIA E-FILE*

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

*Re:*   ***Gunther v. Equifax***
         **C.A. No. 06-280 SLR**

Dear Judge Robinson:

We represent the defendant in the above referenced matter. In response to Your Honor's letter of May 23, 2006, defendant does not object to any portion of the proposed scheduling order included with that letter. If Your Honor has any questions, I am available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

cc:   Clerk of Court (via e-file)
        Mr. Greg Gunther (via first class mail)

10015318.WPD