IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREG GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:06-CV-00280 SLR |
| | ) |
| EQUIFAX CREDIT REPORTING AGENCY, | ) |
| | ) |
| | ) |
| Petitioner/Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff against Defendant Equifax Information Services LLC, ("Equifax"), are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiff under his Complaint against Equifax has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

Respectfully submitted this 25 day of September, 2006.

By: _____  
Gregory Lee Gunther  
5002 Rosetree Lane  
Newark, Delaware 19702  
PLAINTIFF PRO SE

By: _____  
Laurence V. Cronin (I.D. #2385)  
SMITH, KATZENSTEIN & FURLOW LLP  
800 Delaware Ave.  
P.O. Box 410  
Wilmington, DE 19899

Guerino John Cento  
Kilpatrick Stockton LLP  
1100 Peachtree Street, Suite 2800  
Atlanta, Georgia 30309

ATTORNEYS FOR DEFENDANT  
EQUIFAX INFORMATION SERVICES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREG GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER 1:06-CV-00280 SLR |
| | ) |
| EQUIFAX CREDIT REPORTING | ) [Proposed] |
| AGENCY, | ) **ORDER** |
| | ) |
| Petitioner/Defendant. | ) |

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, GREG GUNTHER, against Defendant EQUIFAX INFORMATION SERVICES LLC be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE