IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREG GUNTHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER 1:06-CV-00280 SLR |
| | ) |
| EQUIFAX CREDIT REPORTING | ) [Proposed] |
| AGENCY, | ) **ORDER** |
| | ) |
| Petitioner/Defendant. | ) |

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, GREG GUNTHER, against Defendant EQUIFAX INFORMATION SERVICES LLC be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 31st day of October, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

US1900 9158746.1